JUNE 11, 1803.

# James Sturges *v.* John McClarty.

*Upon a writ of error to reverse a judgment of the County Court of Shelby county.*

Where the record of an action in the county court does not show that the notice of the action required by law was given to the defendant, nor what was the cause of complaint for which the judgment was rendered, the judgment will be reversed.

In this case it does not appear from the record that the notice required by law has been given to the defendant in the court below, nor does it appear what was the cause of complaint for which the judgment was rendered, both of which are indispensable. Wherefore, it is considered by the court that the judgment aforesaid be reversed and set aside, and that the plaintiff recover of the defendant his costs in this behalf expended, which is ordered to be certified to the said court.